# UNITED STATES DISTRICT COURT
## for the

| | | |
|---|---|---|
| Mark Downey, pro se | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| United States of America, et. al. | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ n/a _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ 0 , and my take-home pay or wages are: $ _____ 0 per

*(specify pay period)* _____ 0 .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Losses last 6 years - See Income Tax Return; Massive Debt.

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 2K .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

30 year old auto - $100.00

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Credit Card $1K
expenses - $1,200/month
SSA $300/month
Taxes
Repairs
Food
Gasoline
Internet

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

none.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Lawn Service Debt - $6K
SSA Repayment $500/month
Credit Card Debt $1K

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:         7/1/2019

_____
*Applicant's signature*

Mark Downey
*Printed name*

**Encl:**

1) A Pro se forma pauperis, fee waiver was granted in the US District Court, Eastern District of Virginia; Alexandria Virginia and Richmond, Virginia (Washington DC suburbs.)

2) The State of Virginia provided a Schedule A Disability Certification for non-completive Federal Employment for high-level SES positions with the US Courts, SES with the US Justice Department and Federal Inspector General Positions. Although this is not financial related it enhances and reinforces the Motions credibility.

3) IRS Income Tax Form; Massive Debt.

1



# Northwest Center for Community Mental Health

North County Human Services Building
1850 Cameron Glen Drive, Suite 600
Reston, Virginia 20190-3315
(703) 481-4100 (Office)
(703) 481-4110 (TDD)

October 10, 2018

To whom it may concern:

This letter serves as a certification that MARK DOWNEY is an individual with intellectual disability, severe physical disability or psychiatric disability, and can be considered for employment under schedule A hiring authority 5CFR 213,3102(u). Thank you for your interest in considering MARK DOWNEY for employment.

Thank you for your continued support.

Sincerely,

**Robert Ketcham, MD**
Psychiatrist

This message is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. NOTE WHERE INFORMATION ACCOMPANIES THIS DISCLOSURE FORM: This information may have been disclosed to you from records protected by Federal Confidentiality Rules (42 CFR Part 2). The Federal Rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal Rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

If you are not the intended recipient, please contact the sender and destroy all copies of the original message. Thank you!

Copy 2/11/18

# Form 1040 U.S. Individual Income Tax Return

Department of the Treasury—Internal Revenue Service (99) 2017 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____, 2017, ending _____, 20 ___ See separate instructions.

Your first name and initial: **MARK K**  Last name: **DOWNEY**
Your social security number: 

If a joint return, spouse's first name and initial: _____ Last name: _____
Spouse's social security number: 

Home address (number and street). If you have a P.O. box, see instructions. **DRAWER SS**  Apt. no.: _____

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **MCLEAN VA 22101-0729**

Foreign country name: _____  Foreign province/state/county: _____  Foreign postal code: _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

## Filing Status
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

## Exemptions

6a. ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
6b. ☐ Spouse

Boxes checked on 6a and 6b: _____

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |
|  |  |  | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you _____
• did not live with you due to divorce or separation (see instructions) _____
Dependents on 6c not entered above _____

d. Total number of exemptions claimed ........

Add numbers on lines above ▶ **1**

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 7 | 3,053 09 |
| 8a | Taxable interest. Attach Schedule B if required | | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | | 9a | |
| b | Qualified dividends | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | | 10 | |
| 11 | Alimony received | | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | | 13 | 60,030 59 |
| 14 | Other gains or (losses). Attach Form 4797 | | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount | 15b |
| 16a | Pensions and annuities | 16a | b Taxable amount | 16b |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | | 17 | (67,690 98) |
| 18 | Farm income or (loss). Attach Schedule F | | 18 | |
| 19 | Unemployment compensation | | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount | 20b |
| 21 | Other income. List type and amount | | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | | 22 | (54,607 30) |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | | 37 | (54,607 30) |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. Cat. No. 11320B  Form **1040** (2017)

Case 2:19-cv-04134-NKL    Document 1    Filed 07/03/19    Page 5 of 6

**Tax and Credits**

| 38 | Amount from line 37 (adjusted gross income) | 38 | (54,607 30) |
|---|---|---|---|

39a Check if: ☐ **You** were born before January 2, 1953, ☐ Blind. **Total boxes** ☐ **Spouse** was born before January 2, 1953, ☐ Blind. checked ▶ 39a [ ]

b If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐

**Standard Deduction for—**
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,350

Married filing jointly or Qualifying widow(er), $12,700

Head of household, $9,350

| 40 | Itemized deductions (from Schedule A) **or** your standard deduction (see left margin) | 40 | 25,360 30 |
| 41 | Subtract line 40 from line 38 | 41 | (79,967 60) |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 4,050 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814　b ☐ Form 4972　c ☐ | 44 | |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800　b ☐ 8801　c ☐ | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | |

**Other Taxes**

| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137　b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | 61 | |
| 62 | Taxes from: a ☐ Form 8959　b ☐ Form 8960　c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | |
| 66a | Earned income credit (EIC) | 66a | |
| b | Nontaxable combat pay election | 66b | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| 70 | Amount paid with request for extension to file | 70 | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| 73 | Credits from Form: a ☐ 2439　b ☐ Reserved　c ☐ 8885　d ☐ | 73 | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | |

**Refund**

Direct deposit? See instructions

| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | |
| b | Routing number ____　▶ c Type: ☐ Checking ☐ Savings | | |
| d | Account number ____ | | |
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ | 77 | | |

**Amount You Owe**

| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

Designee's name ▶ EXTENSION Filed　Phone no. ▶　Personal identification number (PIN) ▶ [ ]

**Sign Here**

Joint return? See instructions
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge

Your signature _(signed)_　Date 9/11/18　Your occupation ____　Daytime phone number 703-790-9433

Spouse's signature. If a joint return, **both** must sign.　Date　Spouse's occupation　If the IRS sent you an Identity Protection PIN, enter it here (see inst.) [ ]

**Paid Preparer Use Only**

Print/Type preparer's name　Preparer's signature　Date　Check ☐ if self-employed　PTIN

Firm's name ▶　　Firm's EIN ▶

Firm's address ▶　　Phone no.

Go to www.irs.gov/Form1040 for instructions and the latest information.　　Form **1040** (2017)